**VACATE AND RENDER JUDGMENT and Opinion Filed October 16, 2024**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-22-00952-CV**

**URBAN 8 LLC AND URBAN 8 MANAGEMENT LLC, Appellants**

**V.**

**SUSAN BARCLAY, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-08919**

## MEMORANDUM OPINION

Before Justices Molberg, Breedlove, and Kennedy
Opinion by Justice Breedlove

Before the Court is the parties' joint motion to vacate the trial court's judgment and render judgment pursuant to their settlement agreement. We grant the motion. We vacate the trial court's August 25, 2022 judgment without regard to the merits and render judgment dismissing with prejudice appellee's claims against appellants. *See* TEX. R. APP. P. 42.1(a)(2).

/Maricela Breedlove/
220952f.p05            MARICELA BREEDLOVE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

URBAN 8 LLC AND URBAN 8 MANAGEMENT LLC, Appellants

No. 05-22-00952-CV     V.

SUSAN BARCLAY, Appellee

On Appeal from the 191st Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-21-08919. Opinion delivered by Justice Breedlove. Justices Molberg and Kennedy participating.

In accordance with this Court's opinion of this date, we **VACATE** the trial court's August 25, 2022 judgment without regard to the merits and **RENDER** judgment **DISMISSING WITH PREJUDICE** appellee's claims against appellants.

Pursuant to the parties' settlement agreement, we **ORDER** that the parties bear their own costs of this appeal.

Judgment entered this 16th day of October, 2024.

–2–